**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **TROY LEE PERKINS, ID # 1480826,** ) | |
| Plaintiff, ) | |
| vs. ) | **No. 3:09-CV-1788-G-BH** |
| ) | |
| **ANDREW M. CHATHAM, et. al,** ) | |
| Defendants. ) | |

**RECOMMENDATION REGARDING MOTION TO PROCEED**
**IN FORMA PAUPERIS ON APPEAL**

Pursuant to 28 U.S.C. § 636(b) and an *Order of Reference* dated May 6, 2010, Plaintiff's *Motion to Proceed In Forma Pauperis* on appeal, received May 5, 2010, (doc. 14) was referred to the United States Magistrate Judge.

(**X**)   The motion for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith.

**If the Court denies the request to proceed** *in forma pauperis* **on appeal, Plaintiff may challenge such denial by filing a separate motion to proceed** *in forma pauperis* **on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* **Fed. R. App. P. 24(a)(5).**

**SIGNED this 7th day of May, 2010.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE